# Court of Appeals
# of the State of Georgia

ATLANTA,  May 30, 2017

*The Court of Appeals hereby passes the following order:*

## A17D0438. LANIER 5, LLC v. CERTUSBANK, N. A.

Lanier 5, LLC ("Lanier") filed this discretionary application seeking appellate review of orders entered in two lower court cases, 2014CV1559 and 2015CV1764. The application is hereby GRANTED. In order to appeal, Lanier must file notices of appeal in both cases within 10 days of the date of this order.[1]  The Clerk of Superior Court is directed to include copies of this order in the records transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/30/2017*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*

---

[1] See, e. g., *Stephenson v. Futch*, 213 Ga. 247, 248 (2) (98 SE2d 374) (1957) ("[T]here is no authority in law for the review of the two judgments in a single bill of exceptions[.]").